IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RAFAEL LOPEZ,

    Plaintiff,

v.                                                         CASE NO. 4:04-cv-00286-MP-AK

HOWARD CLARK,
CHARLES W SHOCKLEY,
et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 24, Report and Recommendations of the Magistrate Judge, recommending that Doc. 20, Motion for Preliminary Injunction Motion and for Temporary Restraining Order, filed by Rafael Lopez be denied and this case be remanded for further proceedings.  The time for filing objections to the Report and Recommendation has passed, and none have been filed.  For the reasons given below, the Report and Recommendation is adopted.

Mr. Lopez alleges that he was housed in a FDOC facility in 2001 when he was attacked by a Latino gang and stabbed several times.  Later, in 2002, he was transferred to Jefferson CI and discovered that members of the same Latino gang were at Jefferson.  He claims he requested protective custody three different times from Jefferson CI officials, but none was granted.  Eventually, he claims, he was attacked by 12 gang members and beaten with a combination lock, requiring stitches and hospitalization.  He further claims that Jefferson CI officials retaliated against him by blaming him for the altercations since they knew he would be bringing suit.  He has since been transferred to South Bay Correctional facility, which he calls a "private facility"

and which he says has been safe for him.

Mr. Lopez filed suit under 1983 against the FDOC classification officials who denied him protective status at Jefferson CI.  The Report and Recommendation at issue deals not with the entire case, but with a motion for preliminary injunction filed by Mr. Lopez.  In it, he asks that all pretrial hearings be held by telephone apparently so that he does not have to leave South Bay Correctional and be back in the custody of the very FDOC that he sued.  He claims irreparable harm, but doesn't explain in his Preliminary Injunction motion what that harm would be.  Reading his complaint, however, it's obvious he fears FDOC officials will not protect him and might even retaliate against him.

The government and magistrate judge recommend denying the motion for preliminary injunction because "Plaintiff alleges in his motion for injunctive relief without any specific facts or any allegations directed at any specific defendant that he will suffer irreparable harm and has been retaliated against by the Florida Department of Corrections." (Report and Recommendation, page 1).  In short, plaintiff seeks a preliminary injunction preventing the defendants from having custody of him for transfer to court because he has the general fear that he might not be protected again and might get beaten again, if he is in FDOC custody.  The

*Page 3 of 3*

Court agrees with the Magistrate Judge that this is not a specific enough threat to be the basis for preliminary injunction. Accordingly, the Report and Recommendation is adopted and the motion for preliminary injunction is denied. The Court presumes the prison authorities will perform their duty to protect the plaintiff as the situation may require. This case is remanded to the Magistrate Judge.

**DONE AND ORDERED** this  *22nd*   day of March, 2006

                      *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge