IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RAFAEL LOPEZ,

    Plaintiff,

v.                                                 CASE NO. 4:04-cv-00286-MP-AK

CHARLES W SHOCKLEY,
et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 27, Notice of Settlement. In the notice, the parties indicate that they have agreed to fully settle this case. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The plaintiff's complaint is dismissed with prejudice, all pending motions should be termed, and this case is closed.

2. The Court will retain jurisdiction for 60 days, however, to ensure that settlement is effected.

**DONE AND ORDERED** this  _28th_  day of March, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge